

**MUR Shipping Denmark A/S**
Rungsted Havn 28, 1.
DK-2960 Rungsted Kyst
DENMARK
☎Tel Gen: +45 7023 2404
📠Fax:      +45 4586 0414

## "KAROLINA"  - World Waves Shipping Co. - c/p dated  20/06/2007

|  | debit | credit |
|---|---|---|
| **Time Charter hire (all times = GMT):**<br>22/06/2007  09:45 - 05/08/2007  03:05 hrs equals:<br>43.72222 days at USD. 36,000.00 per day/pro rata | 1.574.000,00 |  |
| 3.75 pct. address commission ( World Waves Shipping ) |  | 59.025,00 |
| **Bunkers on delivery: ( *corrected* )**<br>482.000 mts IFO at USD. 350.00 pmt.<br>62.200 mts MDO at USD. 565.00 pmt. | 168.700,00<br>35.143,00 |  |
| **Bunkers on redelivery:**<br>541.300 mts IFO at USD. 350.00 pmt.<br>49.130 mts MDO at USD. 565.00 pmt. |  | 189.455,00<br>27.758,45 |
| **Representation/communication/victualling:**<br>USD. 1,500.00 per month/pro rata as per Charter Party | 2.186,11 |  |
| **In lieu of hold-cleaning:**<br>As per Charter Party | 4.000,00 |  |
| **Additionals:**<br>Compensation agreed for redelivery at BIK | 100.000,00 |  |
| **Payments received:**<br>1st hire payment<br>2nd hire payment<br>3rd hire payment<br>4th hire payment | <br>712.445,06<br>518.821,87<br>85.212,03<br>52,999.00 | 1,369,477.96 |
| Subtotals | 1.884.029,11 | 1,645,716.41 |
| Balance in **Owners** favour as per above |  | **238,312.70**<br>E. & O. E. |

27-09-2007