11732

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

**MUR SHIPPING B.V.**,

                Plaintiff,               Case No.   07 CIV 9470

                                               (Judge Scheindlin)

     - against -                        NOTICE PURSUANT
                                         FED. R. CIV. P. 7.1_____

**WORLD WAVES SHIPPING**,

                Defendant.
-------------------------------------------------------x

    Pursuant to the Fed. R. Civ. P. 7.1(a), Plaintiff, **MUR SHIPPING B.V.**, hereby states that it is not a parent, subsidiary or affiliate of a publicly traded corporation.

    Pursuant to the Fed. R. Civ. P. 7.1(b)(2), a supplemental statement shall be filed promptly upon any change in the above information.

Dated in the City of New York on October 24, 2007

                                                            Respectfully submitted,

                                                            JUNGE & MELE, LLP
                                                            *Attorneys for Plaintiff*

                                                            /s/ Peter A. Junge
                                                           _____
                                                           Peter A. Junge (PJ-0745)
                                                           29 Broadway
                                                           New York, NY 10006
                                                           (212) 269-0061

11732 Rule 7.1 Notice.wpd