11732

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MUR SHIPPING B.V.,

               Plaintiff,

- against -

WORLD WAVES SHIPPING,

               Defendant.
------------------------------------------------------------x

Case No.   07 CIV 9470
(Judge Scheindlin)

NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
FED. R. CIV. P. 41 (a)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/12/08

      PLEASE TAKE NOTICE that there being no appearance or answer by Defendant, Plaintiff hereby voluntarily dismisses this action, without prejudice, and without costs or disbursements to any of the parties herein.

Dated in the City of New York on March 11, 2008

               Respectfully submitted,

               JUNGE & MELE, LLP
               *Attorneys for Plaintiff*

               Peter A. Junge (PJ-0745)
               29 Broadway
               New York, NY 10006
               (212) 269-0061

IT IS SO ORDERED

_____
SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE   3/12/08

Dated: